UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FRANKLIN CONSTRUCTION GROUP, LLC | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:24-cv-01255<br>) |
| WILLIAM SHORE, JWSC, LLC, KEITH MEADOWS, JOSEPH HEATH, HYDS, INC., DEAN BINGHAM, LUNDON JOHNSON, TYLER WEBER, JOEL CHEVRETTE, DANNY KNOWLES, SCOTT MATTHEWS, and LOWE'S HOME CENTERS, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Scarlett S. Nokes, of the law firm of Bradley Arant Boult Cummings LLP, hereby enters her appearance on behalf of Defendant, Dean Bingham, in the above-captioned matter.

Dated this the 26th day of November 2024.

Respectfully submitted,

*/s/ Scarlett S. Nokes*
Scarlett S. Nokes, BPR # 28994
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 372023
snokes@bradley.com

*Attorney for Defendant, Dean Bingham*

## CERTIFICATE OF SERVICE

   I hereby certify that on this the 26th day of November 2024, the foregoing *Notice of Appearance* was filed electronically with the Clerk of Court to be served by the Court's electronic filing system upon the parties in this matter.

*/s/ Scarlett S. Nokes*
