UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FRANKLIN CONSTRUCTION GROUP, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM SHORE, JWSC, LLC, KEITH MEADOWS, )<br>JOSEPH HEATH, HYDS, INC., DEAN BINGHAM, )<br>LUNDON JOHNSON, TYLER WEBER, JOEL )<br>CHEVRETTE, DANNY KNOWLES, SCOTT )<br>MATTHEWS, and LOWE'S HOME CENTERS, INC., )<br>)<br>Defendants. ) | Case No. 3:24-cv-01255 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.01, Defendant, Dean Bingham ("Defendant"), respectfully requests that this Court grant an extension of time to file a pleading or motion in response to Plaintiff's Complaint, setting the deadline as January 17, 2025. In support of this request, Defendant states as follows:

1. Defendant was served on November 8, 2024. Thus, the current deadline to file an answer or Rule 12 motion is twenty-one days later, on Friday, November 29, 2024. *See* Fed. R. Civ. P. 12.

2. Under Rule 6(b)(1)(A), the Court may "for good cause" extend the time within which an act may or must be done. Here, there is good cause to grant Defendant's requested extension.

3. Counsel for Defendant was just retained and due to the complex issues implicated by this action, Defendant respectfully requests additional time to analyze Plaintiff's claims and fully explore its defenses.

4. Counsel for Plaintiff and Defendant conferred by e-mail regarding this motion. Plaintiff's counsel agreed to the requested extension.

5. There is good cause to grant Defendant's request for additional time, until January 17, 2025, to prepare its responsive pleading or motion.

Respectfully submitted,

*/s/ Scarlett S. Nokes*
Scarlett S. Nokes, BPR # 28994
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 372023
snokes@bradley.com

*Attorney for Defendant, Dean Bingham*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of November 2024, the foregoing *Notice of Appearance* was filed electronically with the Clerk of Court to be served by the Court's electronic filing system upon the parties in this matter.

Christopher C. Sabis
Thomas Hall
Todd E. Panther
Sherrard Roe Voight & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
csabis@srvhlaw.com
thall@srvhlaw.com
tpanther@srvhlaw.com

Don L. Hearn, Jr.
Nadine Alsaadi
Glankler Brown PLLC
6000 Poplar Avenue, Suite 400
Memphis, TN 38119
dhearn@glankler.com
na@rpnalaw.com

Darrick Lee O'Dell
Spicer Rudstrom, PLLC
220 Athens Way, Suite 403
Nashville, TN 37228
dodell@spicerfirm.com

Gary C. Shockley
Ryan P. Loofbourrow
Scott D. Carey
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
gshockley@bakerdonelson.com
rloofbourrow@bakerdonelson.com
scarey@bakerdonelson.com

*/s/ Scarlett S. Nokes*
Scarlett S. Nokes