# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| FRANKLIN CONSTRUCTION GROUP, LLC <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM SHORE, JWSC, LLC, KEITH MEADOWS, JOSEPH HEATH, HYDS INC., DEAN BINGHAM, LUNDON JOHNSON, TYLER WEBER, JOEL CHEVRETTE, DANNY KNOWLES, SCOTT MATTHEWS, and LOWE'S HOME CENTERS, INC., <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:24-cv-1255 |

### ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scott Matthews
1000 Lowe's Boulevard
Mooresville, NC 28117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Todd E. Panther
Christopher S. Sabis
Thomas B. Hall
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
(615) 742-4200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/13/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because  Unable to serve - please see attached.  ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| *Attorney or Party without Attorney:* | | | FOR COURT USE ONLY |
|---|---|---|---|
| Todd E. Panther, SBN: 014438<br>SHERRARD ROE VOIGT & HARBISON<br>1600 West End Avenue, 1750<br>Nashville, TN 37203<br>*TELEPHONE No.:* (615) 850-6845 | *E-MAIL ADDRESS (Optional):* tpanther@srvhlaw.com<br>*FAX No. (Optional):* | | |
| *Attorney for:* Plaintiff Franklin Construction Group, LLC | *Ref No. or File No.:* 13980-005 | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>FOURTH CIRCUIT COURT - FOURTH CIRCUIT, DAVIDSON COUNTY | | | |
| *Petitioner:* FRANKLIN CONSTRUCTION GROUP, LLC | | | |
| *Respondent:* WILLIAM SHORE, JWSC, LLC, KEITH MEADOWS, ET AL. | | | |

| **DECLARATION OF DUE DILIGENCE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:24-cv-1255 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **SCOTT MATTHEWS**

Documents: **SUMMONS IN A CIVIL ACTION; JURY DEMAND COMPLAINT; CIVIL COVER SHEET; JURY DEMAND NOTICE OF ALIAS SUMMONS TO BE ISSUED; ALIAS SUMMONS IN A CIVIL ACTION; Administrative Order No. 217 (First Amended); BUSINESS ENTITY DISCLOSURE; NOTICE REGARDING BUSINESS ENTITY DISCLOSURE STATEMENT; NOTICE REGARDING CONSENT OF THE PARTIES; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; NOTICE OF SETTING OF INITIAL CASE MANAGEMENT CONFERENCE; ORDER**

| Date | Time | | Results |
|---|---|---|---|
| 11/19/2024 | 11:11 AM | Business | 1000 Lowes Blvd, Mooresville, NC 28117-8520<br>Bad Address. It's a Corporate business Lows. They don't allow Personal serves. The security has to escort me to legal and they said no personal serves when I went there to give them a serve. |

Fee for Service: **$ .00**
County: **Aiken, Edgefield, Sauda**
Registration No.:
**Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015
(213) 249-9999**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 2, 2024.

Signature: _____
**Franklin MacNeil-Campbell**

**DUE DILIGENCE REPORT**

**Order#: LA583964**

Case 3:24-cv-01255　　Document 59　　Filed 12/20/24　　Page 3 of 3 PageID #: 409