IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLIN CONSTRUCTION GROUP, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| WILLIAM SHORE, JWSC, LLC, KEITH MEADOWS, JOSEPH HEATH, HYDS INC., DEAN BINGHAM, LUNDON JOHNSON, TYLER WEBER, JOEL CHEVRETTE, DANNY KNOWLES, SCOTT MATTHEWS, and LOWE'S HOME CENTERS, INC., | ) Case No. 3:24-cv-01255 |
| Defendants. | ) |

**DEFENDANT LOWE'S HOME CENTERS, INC.'S
PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

According to the Complaint, Franklin Construction Group, LLC's Vice President of Residential Construction Operations, William Shore, concocted an elaborate scheme to overcharge Franklin and profit off the difference. According to the Complaint, Shore successfully defrauded Franklin for more than two years before Franklin fired Shore for poor performance and launched an investigation into Shore's scheme. After that investigation, Franklin now believes Shore used Franklin to fund his side businesses through an elaborate scheme where he would submit Franklin's plans to Lowe's, overestimate the materials needed for the plans through his position as an independent estimator under a different name, and then approve Franklin's payment for those plans, apparently with no one at Franklin overseeing or checking his work or expenditures.

Franklin brought this suit against everyone who touched Shore's scheme, including Lowe's Home Centers, Inc.[1] However, as against Lowe's, several of Plaintiff's claims do not withstand the scrutiny required by the Federal Rules of Civil Procedure. The Tennessee Consumer Protection Act claim against Lowe's should be partially dismissed because Plaintiff filed it outside the one-year applicable statutes of limitations.[2] Moreover, Plaintiff's civil RICO and fraud claims against Lowe's should be dismissed under the heightened Rule 9(b) pleading standard because there is no allegation that Lowe's actively participated in any fraudulent scheme or intended to profit off the scheme. And Plaintiff's conversion claim should be dismissed because it does not identify a tangible chattel that Lowe's converted.

---

[1] There is no entity named Lowe's Home Centers, Inc. Lowe's Companies, Inc., is the current or former employer of the six Lowe's Individual Defendants.

[2] The remaining claims may be fully or partially time-barred under the discovery rule, but that is a question for discovery and so not a subject of this motion.

Thus, as set out more fully in the accompanying memorandum, Lowe's respectfully requests that the Court dismiss five of the eight causes of action that name Lowe's as a defendant: Counts I, II, IX, X, and XI of the Complaint.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**


 */s/ Scott D. Carey*
Gary C. Shockley (BPR 010104)
Scott D. Carey (BPR 015406)
Ryan P. Loofbourrow (BPR 033414)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615) 726-5704 (phone)
(615) 744-5704 (fax)
gshockley@bakerdonelson.com
scarey@bakerdonelson.com
rloofbourrow@bakerdonelson.com

*Attorneys for Defendant Lowe's Home Centers, Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify under Rule 5 of the Federal Rules of Civil Procedure that a true and exact copy of the foregoing *Defendants' Partial Motion to Dismiss for Failure to State a Claim* was served on the following counsel of record via operation of the Court's electronic filing system:

Todd E. Panther
Christopher C. Sabis
Thomas B. Hall
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
(615) 742-4200 - telephone
(615) 742-4539 - fax
tpanther@srvhlaw.com
csabis@srvhlaw.com
thall@srvhlaw.com
*Attorneys for Franklin Construction Group, LLC*

Don L. Hearn, Jr.
Glankler Brown, PLLC
6000 Poplar Ave., Ste 400
Memphis, TN 38119
dhearn@glankler.com

Nadine Alsaadi
Roxborough Pomerance Nye & Adreani, LLP
5900 Canoga Ave., Ste 450
Woodland Hills, CA 91367
na@rpnalaw.com

Joseph C. Gjonola
jcg@rpnalaw.com

Nicholas P. Roxborough
Robbins Geller Rudman & Dowd LLP
420 Lexington Ave., Ste 1832
New York, NY 10170
npr@rpnalaw.com
*Attorneys for Keith Meadows, Joseph Heath, and HYDS, Inc.*

Jerry E. Martin
Matthew Edward McGraw
Seth Marcus Hyatt
Barret Johnston Martin & Garrison, LLC
200 31st Avenue North
Nashville, TN 37203

3

jmartin@barrettjohnston.com
mmcgraw@barrettjohnston.com
shyatt@barrettjohnston.com
*Attorneys for Keith Meadows and HYDS, Inc.*

Scarlett Singleton Nokes
R. Bradley Bundron
Bradley Arant
1221 Broadway, Ste 2400
Nashville, TN 37203
snokes@bradley.com
bbundren@bradley.com
*Attorneys for Dean Bingham*

Darrick Lee O'Dell
Spicer Rudstrom, PLLC
220 Athens Way, Ste 450
Nashville, TN 37228
dodell@spicerfirm.com

Robert J. Uhorchuk
Nicholas C. Stevens
Spicer Rudstrom, PLLC
537 Market Street, Ste 203
Chattanooga, TN 37402
rju@spicerfirm.com
nstevens@spicerfirm.com
*Attorneys for Lundon Johnson, Joel Chevrette, and Danny Knowles*

Dated January 14, 2025.

                                             */s/ Scott D. Carey*
                                             Scott D. Carey