IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **FRANKLIN CONSTRUCTION GROUP, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **WILLIAM SHORE, JWSC, LLC, KEITH MEADOWS, JOSEPH HEATH, HYDS INC., DEAN BINGHAM, LUNDON JOHNSON, TYLER WEBER, JOEL CHEVRETTE, DANNY KNOWLES, SCOTT MATTHEWS and LOWE'S HOME CENTERS, LLC** <br><br> Defendants. | Case No. 3:24-cv-01255 <br><br> District Judge Crenshaw <br> Magistrate Judge Frensley <br><br> **JURY DEMAND** |

### DEFENDANT JOEL CHEVRETTE'S MOTION TO DISMISS

Comes now Defendant, Joel Chevrette ("Chevrette"), by and through the undersigned counsel, pursuant to Rule 12(b)(2) of the *Federal Rules of Civil Procedure* and applicable law, hereby files with the Court his Motion to Dismiss as follows:

1. Plaintiff, Franklin Construction Group, LLC ("FCG"), filed its Complaint [Doc. 1] against Chevrette and other defendants on October 21, 2024.

2. In its Complaint, FCG seeks damages for what is alleged to be an elaborate fraud scheme, concocted by Defendant William Shore ("Shore"), to defraud FCG out of millions of dollars. (see generally, *Complaint*).

3. Moreover, Plaintiff alleges that Shore conspired with Defendants to funnel money from FCG to himself and that the "Lowe's Individual Defendants," which allegedly includes Chevrette, were complicit in artificially inflating the price of materials and diverting materials to

Shore's side projects, all while invoicing FCG for the same. (*Complaint*, ¶ 2-5).

4. FCG's Complaint includes various claims and causes of action, to include but not limited to alleged violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), conspiracy, fraud, violations of the Tennessee Consumer Protection Act ("TCPA") and conversion. (see *Complaint*, Counts I, II, IX, X and XI).

5. However, FCG's Complaint against Chevrette must be dismissed for lack of personal jurisdiction.

6. At all material times, Chevrette was – and still is for that matter – a citizen and resident of Waxhaw, Union County, North Carolina. (*Declaration of Joel Chevrette*, ¶ 4).

7. More particularly, at the time of the alleged events giving rise to this litigation, Chevrette was employed by Lowe's as a Pro Supply Sales Manager and he worked out of the Charolette, North Carolina market. (*Declaration of Joel Chevrette*, ¶ 5).

8. Chevrette did not call on or solicit business from customers in Tennessee and FCG was never a customer or account assigned to him. (*Declaration of Joel Chevrette*, ¶ 10, 12).

9. Despite the broad and conclusory allegations in the Complaint, Chevrette had no business dealings with FCG. (*Declaration of Joel Chevrette*, ¶ 12).

10. More importantly, during his time as a Pro Sales Manager for Lowe's, Chevrette did not travel to Tennessee nor conduct any business in Tennessee. (*Declaration of Joel Chevrette*, ¶ 8, 9).

11. In fact, during the timeframe of the events alleged in the Complaint, Chevrette had only been to the State of Tennessee one time and it was for a family vacation to Gatlinburg. (*Declaration of Joel Chevrette*, ¶ 11).

12. As such, Chevrette has no minimum contacts with the State of Tennessee sufficient enough for this Court to exercise jurisdiction over him in this action. Moreover, Chevrette has not purposefully availed himself to the privileges of the State of Tennessee and FCG's claims asserted in this matter do not arise out of any forum-related activity or conduct on the part of Chevrette.

13. Accordingly, the exercise of jurisdiction over Chevrette would not comport with the notions of fair play and substantial justice and the Complaint against him should be dismissed.

14. In further support of this Motion, Defendant Chevrette contemporaneously files his Declaration, attached hereto as **Exhibit 1**, and his Brief and Memorandum of Law and adopts and incorporates the same herein by reference pursuant to Rule 10(c) of the *Federal Rules of Civil Procedure*.

**WHEREFORE**, premises considered, pursuant to the authority set forth herein and in the accompanying memorandum, Defendant Chevrette prays that the instant Motion to Dismiss be granted and that Plaintiff's Complaint against him be dismissed with prejudice.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

By: */s/ Robert J. Uhorchuk*
Robert J. Uhorchuk (BPR #017599)
Nicholas C. Stevens (BPR #030826)
537 Market Street, Suite 203
Chattanooga, TN  37402-1241
Telephone:    (423) 756-0262
Facsimile:     (423) 756-8489
rju@spicerfirm.com
nstevens@spicerfirm.com
*Counsel for Defendant Joel Chevrette*

Darrick Lee O'Dell (BPR# 026883)
220 Athens Way, Suite 405
Nashville, TN 37228-1329
Phone: (615) 425-7358
Fax: (615) 259-1522
dodell@spicerfirm.com
*Counsel for Defendant Joel Chevrette*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this document along with any exhibits with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Todd E. Panther
Christopher C. Sabis
Thomas B. Hall
**SHERRARD ROE VOIGHT & HARBISON, PLC**
150 Third Ave South, Suite 1100
Nashville, TN 37201
tpanther@srvhlaw.com
csabis@srvhlaw.com
*Counsel for Plaintiff*

Don L. Hearn, Jr.
**Glankler Brown, PLLC**
6000 Poplar Avenue, Suite 400
Memphis, TN 38119
dhearn@glankler.com
*Counsel for Defendants HYDS, Inc. and Keith Meadows*

Joseph C. Gjonola
Nadine Alsaadi
Nicholas P. Roxborough
**Roxborough Pomerance Nye & Adreani, LLP**
5900 Canoga Avenue, Suite 450
Woodland Hills, CA 91367
jcg@rpnalaw.com
na@rpnalaw.com
npr@rpnalaw.com
*Counsel for Defendants HYDS, Inc. and Keith Meadows*

Jerry E. Martin
Seth M. Hyatt
Matthew E. McGraw
**Barrett Johnston Martin & Garrison, PLLC**
200 31st Ave. N.
Nashville, TN 37203
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com
mmcgraw@barrettjohnston.com
*Counsel for Defendants HYDS, Inc. and Keith Meadows*

Scarlett S. Nokes
R. Brandon Bunden
**Bradley Arant Boult Cummings, LLP**
1221 Broadway, Suite 2400
Nashville, TN 37203
snokes@bradley.com
bbundren@bradley.com
*Counsel for Defendant Dean Bingham*

Gary C. Shockley
Ryan P. Loofbourrow
Scott D. Carey
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
1600 West End Ave., Suite 2000
Nashville, TN 37203
gshockley@bakerdonelson.com
rloofbourrow@bakerdonelson.com
scarey@bakerdonelson.com
*Counsel for Defendant Lowe's Home Centers, LLC*

This 15th day of January 2025.

                                    **SPICER RUDSTROM, PLLC**

                         By:   */s/ Robert J. Uhorchuk*
                               Robert J. Uhorchuk
                               Nicholas C. Stevens
                               Darrick O'Dell