IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLIN CONSTRUCTION GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM SHORE, JWSC, LLC, KEITH MEADOWS, JOSEPH HEATH, HYDS INC., DEAN BINGHAM, LUNDON JOHNSON, TYLER WEBER, JOEL CHEVRETTE, DANNY KNOWLES, SCOTT MATTHEWS and LOWE'S HOME CENTERS, LLC <br><br> Defendants. | Case No. 3:24-cv-01255 <br><br> JURY DEMAND |

## DECLARATION OF JOEL CHEVRETTE

STATE OF NORTH CAROLINA )
)
COUNTY OF UNION )

I, Joel Chevrette, do hereby state, testify and affirm the following under penalty of perjury:

1. My name is Joel Chevrette. I am over eighteen (18) years of age and I have personal knowledge of all matters and facts set forth in this Declaration.

2. I have been sued as a Defendant in the above-captioned case.

3. I have received and reviewed the Complaint that was filed in this matter. As such, I am generally familiar with the allegations and I understand that Franklin Construction Group, LLC ("FCG") alleges various events or activities that occurred between 2021 and 2023, of which appear to form the basis of this lawsuit.

**EXHIBIT 1**

4. I am a citizen and resident of Union County, North Carolina. I currently live at 212 Summer Wood Place, Waxhaw, North Carolina 28173. I have been a resident of North Carolina for the past 19 years.

5. From 2021 through 2023, I was employed by Lowe's as a "Pro Sales Manager." I worked out of the Charlotte, North Carolina market and my territory included sixteen (16) Lowe's stores located in the greater Charlotte area.

6. As a Pro Sales Manager, I was assigned to customer accounts in my geographic territory – that being the greater Charlotte, North Carolina area.

7. During my time as a Pro Sales Manager for Lowe's, I had no customers or accounts located in the State of Tennessee.

8. During my time as a Pro Sales Manager for Lowe's, I did not travel to Tennessee for any business purpose or customer meetings.

9. During my time as a Pro Sales Manager for Lowe's, I did not have any job duties in the State of Tennessee, nor did I conduct any business in Tennessee.

10. During my time as a Pro Sales Manager for Lowe's, I did not call on customers in the State of Tennessee nor attempt to solicit business from customers Tennessee.

11. From 2021 through 2023, I had only been to the State of Tennessee one (1) time, and it was during the summer of 2022 when I went to Gatlinburg for a family vacation.

12. During my time as a Pro Sales Manager for Lowe's, FCG was never a customer or account that was assigned to me; and therefore, I had no dealings with FCG.

13. I do not own any real property in the State of Tennessee.

14. I do not rent a home or office in the State of Tennessee.

15. I do not have a bank account nor own any personal property in Tennessee.

16. I do not pay any taxes to the State of Tennessee.

17. I have not previously used the court system in the State of Tennessee as a litigant.

I declare and affirm under penalty of perjury that the information contained in this Declaration is true and correct to the best of my knowledge, information and belief.

**WITNESS MY HAND** this 9th day of January, 2025.

By: *[signature]*
Joel Chevrette

3

Case 3:24-cv-01255   Document 68-1   Filed 01/15/25   Page 3 of 3 PageID #: 467