IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**FRANKLIN CONSTRUCTION GROUP, LLC,**

    Plaintiff,

v.

**WILLIAM SHORE, JWSC, LLC, KEITH MEADOWS, JOSEPH HEATH, HYDS INC., DEAN BINGHAM, LUNDON JOHNSON, TYLER WEBER, JOEL CHEVRETTE, DANNY KNOWLES, SCOTT MATTHEWS and LOWE'S HOME CENTERS, LLC**

    Defendants.

Case No. 3:24-cv-01255

District Judge Crenshaw
Magistrate Judge Frensley

**JURY DEMAND**

## MOTION FOR EXTENSION OF TIME FOR FILING A RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST WILLIAM SHORE AND JWSC, LLC

Defendants, Lunden Johnson ("Johnson") and Danny Knowles ("Knowles"), by and through the undersigned counsel, pursuant to *Rule 6(b)* of the <u>Federal Rules of Civil Procedure</u> and *Local Rule 6.01*, hereby move this Court for an extension of time for the filing of said Defendants response to Plaintiff's Motion for Default Judgment Against William Shore ("Shore") and JWSC, LLC ("JWSC") [Doc. 47] filed in this matter.

In support of this Motion, Defendants aver and would show as follows:

1. Plaintiff filed its Complaint in this matter on October 21, 2024 against multiple Defendants.

2. Defense counsel for Movants, Defendants Johnson and Knowles, entered appearances as attorneys of record on November 14, 2024 [Docs. 24 – 26] and on December 18, 2024 [Docs. 53 – 58].

3. By agreement among the parties, moving Defendants were granted an extension of time until January 17, 2025 to file any initial responsive pleading to the Complaint or Answer to the Complaint, if applicable. [see Doc. 37]. As such, moving Defendants' initial substantive responsive pleading to the Complaint was not due to be filed until January 17, 2025.

4. Before the due date for the filing of moving Defendants' responsive pleading, on December 4, 2024, Plaintiff filed its motion for default judgment as to Defendants Shore and JWSC. In its motion for default, Plaintiff seeks a judgment against Shore and JWSC as to liability on all counts in the Complaint and for specific monetary damages in the face of alleged joint and several liability allegations that include non-defaulting Defendants, such as Movants.

5. Under normal circumstances, pursuant to the rules applicable in this Court, a response to Plaintiff's Motion for Default Judgment would have generally been due no later than fourteen (14) days after service of the motion, which would have been December 18, 2024, unless otherwise ordered by the Court.

6. However, in the particular circumstances of this case, moving Defendants Johnson and Knowles, at the time of the filing of the Motion for Default, were not yet even obligated to file their initial responsive pleadings to the Complaint until January 17, 2025. As such, moving Defendants aver that any response they may have to Plaintiff's Motion for Default as to other co-Defendants would or should likewise not be due any sooner than when they are required to file their own initial substantive responsive pleading to the Complaint, or at the very least, an extension of time to file any such response until that date would be appropriate.

7. Accordingly, now having filed their initial responsive pleading to the Complaint in the form of a Motion to Dismiss [Doc. 70], in the event and to the extent that such may be

required, Defendants Johnson and Knowles hereby move this Court for an extension of time for the filing of their response to Plaintiff's Motion for Default against Defendants Shore and JWSC up to and including January 17, 2025.

8. Moving Defendants contemporaneous with this Motion, have filed their response in opposition to Plaintiff's Motion for Default Judgment against Defendants Shore and JWSC. Moving Defendants aver that neither Plaintiff or any other party would be prejudiced by any such extension under the circumstances.

9. Pursuant to and in accordance with *Rule 7.01* of the *Local Rules of Court*, counsel for moving Defendants avers that he has been unable to confer with opposing counsel, but that defense counsel has attempted to contact opposing counsel by telephone with voicemail and email (to attorney Christopher Sabis/Todd Panther from attorney Nicholas Stevens on January 15, 2025) before the filing of this motion, but has not yet heard back with a response. Accordingly, defense counsel for Movants is unable to attest whether or not the relief requested in the motion is opposed or unopposed.

**WHEREFORE**, premises considered, moving Defendants request that an Order be entered accordingly.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

By: */s/ Robert J. Uhorchuk*
Robert J. Uhorchuk (BPR #017599)
Nicholas C. Stevens (BPR #030826)
537 Market Street, Suite 203
Chattanooga, TN 37402-1241
Telephone: (423) 756-0262
Facsimile: (423) 756-8489
rju@spicerfirm.com
nstevens@spicerfirm.com
*Counsel for Defendants Lunden Johnson and Danny Knowles*

Darrick Lee O'Dell (BPR# 026883)
Spicer Rudstrom, PLLC
220 Athens Way, Suite 405
Nashville, TN 37228-1329
Phone: (615) 425-7358
Fax: (615) 259-1522
dodell@spicerfirm.com
*Counsel for Defendants Lunden Johnson and Danny Knowles*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this document along with any exhibits with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Todd E. Panther
Christopher C. Sabis
Thomas B. Hall
**SHERRARD ROE VOIGHT & HARBISON, PLC**
150 Third Ave South, Suite 1100
Nashville, TN 37201
tpanther@srvhlaw.com
csabis@srvhlaw.com
*Counsel for Plaintiff*

Don L. Hearn, Jr.
**Glankler Brown, PLLC**
6000 Poplar Avenue, Suite 400
Memphis, TN 38119
dhearn@glankler.com
*Counsel for Defendants HYDS, Inc. and Keith Meadows*

Joseph C. Gjonola
Nadine Alsaadi
Nicholas P. Roxborough
**Roxborough Pomerance Nye & Adreani, LLP**
5900 Canoga Avenue, Suite 450
Woodland Hills, CA 91367
jcg@rpnalaw.com
na@rpnalaw.com
npr@rpnalaw.com
*Counsel for Defendants HYDS, Inc. and Keith Meadows*

Jerry E. Martin
Seth M. Hyatt
Matthew E. McGraw
**Barrett Johnston Martin & Garrison, PLLC**
200 31st Ave. N.
Nashville, TN 37203
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com
mmcgraw@barrettjohnston.com
*Counsel for Defendants HYDS, Inc. and Keith Meadows*

Scarlett S. Nokes
R. Brandon Bunden
**Bradley Arant Boult Cummings, LLP**
1221 Broadway, Suite 2400
Nashville, TN 37203
snokes@bradley.com
bbundren@bradley.com
*Counsel for Defendant Dean Bingham*


Gary C. Shockley
Ryan P. Loofbourrow
Scott D. Carey
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
1600 West End Ave., Suite 2000
Nashville, TN 37203
gshockley@bakerdonelson.com
rloofbourrow@bakerdonelson.com
scarey@bakerdonelson.com
*Counsel for Defendant Lowe's Home Centers, LLC*

This 15th day of January 2025.


                            **SPICER RUDSTROM, PLLC**

By:    */s/ Robert J. Uhorchuk*
        Robert J. Uhorchuk
        Nicholas C. Stevens
        Darrick O'Dell