Motion (72) is **GRANTED.**

*[signature]* Waverly D. Crenshaw, Jr.
US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **FRANKLIN CONSTRUCTION GROUP, LLC,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**WILLIAM SHORE, JWSC, LLC, KEITH MEADOWS, JOSEPH HEATH, HYDS INC., DEAN BINGHAM, LUNDON JOHNSON, TYLER WEBER, JOEL CHEVRETTE, DANNY KNOWLES, SCOTT MATTHEWS and LOWE'S HOME CENTERS, LLC**<br><br>　　　　Defendants. | Case No. 3:24-cv-01255<br><br>District Judge Crenshaw<br>Magistrate Judge Frensley<br><br>**JURY DEMAND** |

## MOTION FOR EXTENSION OF TIME FOR FILING A RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST WILLIAM SHORE AND JWSC, LLC

Defendants, Lunden Johnson ("Johnson") and Danny Knowles ("Knowles"), by and through the undersigned counsel, pursuant to *Rule 6(b)* of the <u>Federal Rules of Civil Procedure</u> and *Local Rule 6.01*, hereby move this Court for an extension of time for the filing of said Defendants response to Plaintiff's Motion for Default Judgment Against William Shore ("Shore") and JWSC, LLC ("JWSC") [Doc. 47] filed in this matter.

In support of this Motion, Defendants aver and would show as follows:

1.　Plaintiff filed its Complaint in this matter on October 21, 2024 against multiple Defendants.

2.　Defense counsel for Movants, Defendants Johnson and Knowles, entered appearances as attorneys of record on November 14, 2024 [Docs. 24 – 26] and on December 18, 2024 [Docs. 53 – 58].