IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLIN CONSTRUCTION GROUP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM SHORE, JWSC, LLC, KEITH ) <br> MEADOWS, JOSEPH HEATH, HYDS, INC., ) <br> DEAN BINGHAM, LUNDON JOHNSON, ) <br> TYLER WEBER, JOEL CHEVRETTE, ) <br> DANNY KNOWLES, SCOTT MATTHEWS, ) <br> and LOWE'S HOME CENTERS, INC., ) <br> ) <br> Defendants. ) | Case No. 3:24-cv-01255 <br> JURY DEMAND <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Jeffery S. Frensley |

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Franklin Construction Group, LLC respectfully moves the Court to continue the Initial Case Management Conference currently scheduled for March 26, 2025 at 3:30 am. Multiple attempts at service have been made, however, Defendant Tyler Weber has not yet been served and is unlikely to be served prior to March 26, 2025.

Accordingly, Plaintiff respectfully moves the Court to continue the Initial Case Management Conference at least sixty (60) days.

1

Dated: March 19, 2025

                Respectfully submitted,

                /s/*Thomas B. Hall*
                Todd E. Panther (BPR #014438)
                Christopher C. Sabis (BPR #030032)
                Thomas B. Hall (BPR #036816)
                SHERRARD ROE VOIGT & HARBISON, PLC
                1600 West End Avenue, Suite 1750
                Nashville, TN 37203
                (615) 742-4200 - telephone
                (615) 742-4539 - fax
                tpanther@srvhlaw.com
                csabis@srvhlaw.com
                thall@srvhlaw.com

                *Attorneys for Franklin Construction Group, LLC*

# CERTIFICATE OF SERVICE

    I hereby certify that on this the 19th day of March 2025, the foregoing Motion to Continue Initial Case Management Conference was filed electronically with the Clerk of Court to be served by the Court's electronic filing system upon the parties in this matter.

    Scarlett Singleton Nokes
    **Sheppard Mullin**
    2200 Ross Avenue, Suite Floor 20
    Dallas, Texas 75201
    469-391-7411
    snokes@bradley.com

    R. Brandon Bundron
    **Bradley Arant Boult Cummings LLP**
    1221 Broadway, Suite 2400
    Nashville, Tennessee 372023
    snokes@bradley.com
    bbundren@bradley.com

    *Attorneys for Dean Bingham*


    Don L. Hearn, Jr.
    **Glankler Brown PLLC**
    6000 Poplar Avenue, Suite 400
    Memphis, Tennessee 38119
    dhearn@glankler.com
    na@rpnalaw.com

    Nicholas P. Roxborough
    Joseph C. Gjonola
    Nadine Alsaadi
    **Roxborough, Pomerance, NYE & Adreani, LLP**
    5900 Canoga Avenue, Suite 450
    Woodland Hills, California 91467
    npr@rpnalaw.com
    jcg@rpnalaw.com
    na@rpnalaw.com

    *Attorneys for Joseph Heath*

3

Case 3:24-cv-01255   Document 100   Filed 03/19/25   Page 3 of 4 PageID #: 876

Darrick Lee O'Dell
**Spicer Rudstrom, PLLC**
220 Athens Way, Suite 403
Nashville, Tennessee 37228
dodell@spicerfirm.com

Nicholas C. Stevens
Robert J. Uhorchuk
**Spicer Rudstrom, PLLC**
537 Market Street, Suite 203
Chattanooga, Tennessee 37402
nstevens@spicerfirm.com
rju@spicerfirm.com

*Attorneys for Lundon Johnson, Joel Chevrette and Danny Knowles*


Gary C. Shockley
Ryan P. Loofbourrow
Scott D. Carey
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
1600 West End Avenue, Suite 2000
Nashville, TN 37203
gshockley@bakerdonelson.com
rloofbourrow@bakerdonelson.com
scarey@bakerdonelson.com

*Attorneys for Lowe's Home Centers, Inc.*


Jerry E. Martin
Matthew Edward McGraw
Seth Marcus Hyatt
**Barret Johnston Martin & Garrison, LLC**
200 31st Avenue North
Nashville, TN 37203
jmartin@barrettjohnston.com
mmcgraw@barrettjohnston.com
shyatt@barrettjohnston.com

*Attorneys for Keith Meadows and HYDS, Inc.*


                                */s/    Thomas B. Hall*
                                Thomas B. Hall

4