MOTION GRANTED. The Initial Case Management Conference is hereby reset to June 11, 2025 at 8:00 a.m. via telephone. All parties shall call 1-855-244-8681, and when prompted for the access code, enter 23139129180# to participate. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **FRANKLIN CONSTRUCTION GROUP, LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**WILLIAM SHORE, JWSC, LLC, KEITH** )<br>**MEADOWS, JOSEPH HEATH, HYDS, INC.,** )<br>**DEAN BINGHAM, LUNDON JOHNSON,** )<br>**TYLER WEBER, JOEL CHEVRETTE,** )<br>**DANNY KNOWLES, SCOTT MATTHEWS,** )<br>**and LOWE'S HOME CENTERS, INC.,** )<br>)<br>Defendants. ) | Case No. 3:24-cv-01255<br>**JURY DEMAND**<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Franklin Construction Group, LLC respectfully moves the Court to continue the Initial Case Management Conference currently scheduled for March 26, 2025 at 3:30 am. Multiple attempts at service have been made, however, Defendant Tyler Weber has not yet been served and is unlikely to be served prior to March 26, 2025.

Accordingly, Plaintiff respectfully moves the Court to continue the Initial Case Management Conference at least sixty (60) days.

1

Dated: March 19, 2025

        Respectfully submitted,

        /s/*Thomas B. Hall*
        Todd E. Panther (BPR #014438)
        Christopher C. Sabis (BPR #030032)
        Thomas B. Hall (BPR #036816)
        SHERRARD ROE VOIGT & HARBISON, PLC
        1600 West End Avenue, Suite 1750
        Nashville, TN 37203
        (615) 742-4200 - telephone
        (615) 742-4539 - fax
        tpanther@srvhlaw.com
        csabis@srvhlaw.com
        thall@srvhlaw.com

        *Attorneys for Franklin Construction Group, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 19th day of March 2025, the foregoing Motion to Continue Initial Case Management Conference was filed electronically with the Clerk of Court to be served by the Court's electronic filing system upon the parties in this matter.

    Scarlett Singleton Nokes
**Sheppard Mullin**
2200 Ross Avenue, Suite Floor 20
Dallas, Texas 75201
469-391-7411
snokes@bradley.com

R. Brandon Bundron
**Bradley Arant Boult Cummings LLP**
1221 Broadway, Suite 2400
Nashville, Tennessee 372023
snokes@bradley.com
bbundren@bradley.com

*Attorneys for Dean Bingham*


Don L. Hearn, Jr.
**Glankler Brown PLLC**
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
dhearn@glankler.com
na@rpnalaw.com

Nicholas P. Roxborough
Joseph C. Gjonola
Nadine Alsaadi
**Roxborough, Pomerance, NYE & Adreani, LLP**
5900 Canoga Avenue, Suite 450
Woodland Hills, California 91467
npr@rpnalaw.com
jcg@rpnalaw.com
na@rpnalaw.com

*Attorneys for Joseph Heath*

3

Darrick Lee O'Dell
**Spicer Rudstrom, PLLC**
220 Athens Way, Suite 403
Nashville, Tennessee 37228
dodell@spicerfirm.com

Nicholas C. Stevens
Robert J. Uhorchuk
**Spicer Rudstrom, PLLC**
537 Market Street, Suite 203
Chattanooga, Tennessee 37402
nstevens@spicerfirm.com
rju@spicerfirm.com

*Attorneys for Lundon Johnson, Joel Chevrette and Danny Knowles*


Gary C. Shockley
Ryan P. Loofbourrow
Scott D. Carey
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
1600 West End Avenue, Suite 2000
Nashville, TN 37203
gshockley@bakerdonelson.com
rloofbourrow@bakerdonelson.com
scarey@bakerdonelson.com

*Attorneys for Lowe's Home Centers, Inc.*


Jerry E. Martin
Matthew Edward McGraw
Seth Marcus Hyatt
**Barret Johnston Martin & Garrison, LLC**
200 31st Avenue North
Nashville, TN 37203
jmartin@barrettjohnston.com
mmcgraw@barrettjohnston.com
shyatt@barrettjohnston.com

*Attorneys for Keith Meadows and HYDS, Inc.*


                                        */s/    Thomas B. Hall*
                                        Thomas B. Hall