UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| FRANKLING CONSTRUCTION GROUP, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) No. 3:24-cv-01255 |
| WILLIAM SHORE, JWSC, LLC, KEITH MEADOWS, JOSEPH HEATH, HYDS INC., DEAN BINGHAM LUNDON JOHNSON, TYLER WEBER, JOEL CHEVRETTE, DANNY KNOWLES, SCOTT MATTHEWS and LOWE'S HOME CENTERS, LLC, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff Franklin Construction Group, LLC has filed a Notice of Voluntary Dismissal Without Prejudice (Doc. No. 126) under Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to Defendant Tyler Weber. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** against Tyler Weber only. Claims against the remaining Defendants are still pending.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE