UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| FRANKLIN CONSTRUCTION GROUP, LLC, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:24-cv-01255 |
| WILLIAM SHORE, JWSC, LLC, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 145) recommending that Franklin Construction Group, LLC's motion for default judgment as to William Shore ("Shore") and JWSC, LLC ("JWSC") be granted. Neither Shore nor JWSC have filed objections to the R&R despite the R&R's specific warnings regarding waiver. (See Doc. No. 145 at 4).

Having reviewed the R&R, the Court agrees with the Magistrate Judge's analysis.

Accordingly, the R&R (Doc. No. 145) is **APPROVED AND ADOPTED.** The Clerk shall enter judgment as follows:

Plaintiff Franklin Construction Group, LLC is entitled to a joint and several judgment against Defendants Shore and JWSC in the amount of $24,892,407.57. The judgment in favor of Plaintiff Franklin Construction Group, LLC includes its purchases of supplies and materials, which, due to their alleged artificially inflated price, produced damages to Franklin Construction Group, LLC in the amount of $6,402,151.49. The judgment in favor of Franklin Construction Group, LLC also includes damages as a result of alleged fraud and misappropriation in the amount

of $1,895,317.70. The total amount of actual damages allegedly attributable to Defendants Shore and JWSC is in the amount of $8,297,469.19. The judgment in favor of Plaintiff Franklin Construction Group, LLC in the amount of $24,892,407.57 reflects treble damages established by 18 U.S.C.A. § 1964(c).

The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE